WAYNE R. JOHNSON, State Bar No. 181937
Email: wrj@wrjassoc.com
CLAIRE HOFBAUER
Email: cfh@wrjassoc.com
WAYNE R. JOHNSON & ASSOCIATES, PLC
9841 Airport Boulevard, Suite 650
Los Angeles, California 90045
Telephone: (310) 693-6949
Facsimile: (310) 568-9377

Attorneys for ALEX'S AUTO REPAIR & ELECTRIC INC.
and ATEF ABDELMALAK, Alex's Auto's Sole Shareholder,
Owner of the Defendant Property

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>$163,336.13 IN U.S. CURRENCY,<br>        Defendant.<br><br>ALEX'S AUTO REPAIR & ELECTRIC INC. and ATEF ABDELMALAK, as Sole Shareholder of Alex's Auto Repair & Electric Inc.; and STAN BOYETT & SON INC., d/b/a BOYETT PETROLEUM,<br>        Claimants. | NO.  CV 11-6664 SJO (Ex)<br><br>**STIPULATED JUDGMENT RESOLVING CLAIMS OF ALL PARTIES** |

     This action was filed on April 12, 2011 against defendant $163,336.13 in U.S. currency.  Notice was given and published in accordance with law.  Claimant ALEX'S AUTO REPAIR & ELECTRIC INC. and ATEF ABDELMALAK, as Sole Shareholder of Alex's Auto Repair & Electric Inc., (collectively, "ALEX'S AUTO") timely filed a claim to the defendant property on September 28, 2011 and

an answer to the complaint on October 19, 2011.  Claimant STAN BOYETT & SON INC. d/b/a BOYETT PETROLEUM (hereafter "BOYETT PETROLEUM") filed a claim to the defendant property on September 27, 2011 and an answer on October 18, 2011.  (ALEX'S AUTO and BOYETT PETROLEUM will collectively be referred to as "claimants").  No other claims or answers have been filed, and the time for filing claims and answers has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than claimants are deemed to have admitted the allegations of the Complaint and forever waived any rights or interest they may have had, or may hereafter have, in and to the defendant funds.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The court finds that there was reasonable cause for the seizure of the defendant funds and institution of these proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

4. The United States of America shall have judgment as to $10,000.00 of the defendant funds, plus interest earned by the government on $10,000.00 of the defendant funds.  The Department of Treasury is ordered to dispose of said asset in accordance with law.

5. As to the remainder of the defendant funds, plus interest earned by the government on the amount of the defendant funds in excess of $10,000.00, the Department of Treasury is ordered to dispose of said funds as follows:

   a. The sum of $84,616.84 shall be paid to claimant BOYETT PETROLEUM by either check or wire transfer.  If the Department of Treasury

elects to make the payment by check, the check will be payable to "BOYETT PETROLEUM" and mailed to Stan Boyett & Son, Inc., dba Boyett Petroleum, c/o Bonnie J. Anderson, Esq., ANDERSON LAW OFFICES, PC, 1510 East Shaw Avenue, Suite 102A, Fresno, CA 93710.  If the Department of Treasury elects to make the payment by wire transfer, the funds will be wire transferred to claimant BOYETT PETROLEUM in the form of immediately available funds in accordance with the wiring instructions appearing in **appendix A** of this Judgment.  Claimant BOYETT PETROLEUM and its attorneys shall provide any and all information needed by the Department of Treasury to lawfully process this payment.

    b. The balance of the defendant funds, *i.e.*, $68,719.29, plus interest on $153,336.13, shall be paid to claimant ALEX'S AUTO by check or wire transfer.  If the Department of Treasury elects to make the payment by check, the check will be payable to "WAYNE R. JOHNSON & ASSOCIATES, PLC Client Trust Account" for the benefit of ALEX'S AUTO, and mailed to WAYNE R. JOHNSON & ASSOCIATES, PLC at 9841 Airport Boulevard, Suite 650, Los Angeles, CA 90045.  If the Department of Treasury elects to make the payment by wire transfer, the funds will be wire transferred to ALEX'S AUTO in the form of immediately available funds in accordance with the wiring instructions given in **appendix B** of this Judgment.  Claimant and their attorneys shall provide any and all information needed by the Department of Treasury to process the return of these funds in accordance with federal law.

  6. By giving their consent to this Judgment, each of the Claimants does hereby release the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Department of the Treasury and the Internal Revenue Service, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from and against any and all claims, actions or liabilities arising out of, or in any way related to, the

seizure of the defendant funds or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, or either of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. By giving their consent to this Judgment, each of the Claimants does hereby release the other Claimant, its shareholders, officers, directors, employees, agents and attorneys, from and against any and all claims, causes of action, demands, damages, obligations, suits, contracts, liabilities, losses, costs, attorneys' fees, offsets or expenses of any nature whatsoever which they now have, have had, or may hereafter have against the released Claimant by reason of any matter, cause, or thing whatsoever from the beginning of time to the date hereof, including but not limited to, any and all claims the releasing Claimant may have had or asserted against the released Claimant which arise under or in any way relate to: (1) that certain Branded Sales Agreement which the Claimants entered into with one another on May 1, 2010 or (2) any allegations or claims made during the pendency of this proceeding. In giving such releases, each Claimant expressly acknowledges that it is familiar with section 1542 of the California Civil Code which provides:

> **"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."**

Each of the Claimants expressly waives and relinquishes any and all rights and benefits which it may have under section 1542 of the Civil Code to the full extent that such rights and benefits may be lawfully waived pertaining to the matters released in paragraph 7 of this Judgment, except as otherwise expressly ordered by this Judgment. Each of the Claimants understands and acknowledges the

significance and consequence of this specific waiver of section 1542 and hereby assumes full responsibility for any and all claims it may hereafter discover or incur against the other Claimant.  The terms set forth in this paragraph 7 do not apply to Plaintiff. Notwithstanding any other provision in this Judgment, the terms of this Paragraph 7 are without prejudice to the United States' rights with respect to all other matters.

Dated:   May 1, 2012  _____                _____
                HONORABLE S. JAMES OTERO
                UNITED STATES DISTRICT JUDGE

**[Signatures of claimants and counsel appear on next page.]**

## CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right of appeal.

DATED: March ___, 2012                ANDRÉ BIROTTE JR.
                                      United States Attorney
                                      ROBERT E. DUGDALE
                                      Assistant United States Attorney
                                      Chief, Criminal Division
                                      STEVEN R. WELK
                                      Assistant United States Attorney
                                      Chief, Asset Forfeiture Section


                                      _____
                                      DAVID LOMBARDERO
                                      Special Assistant United States Attorney
                                      Attorneys for Plaintiff
                                      United States of America

DATED: March ___, 2012                _____
                                      Claimant ATEF ABDELMALAK, as Sole
                                      Shareholder of Alex's Auto Repair &
                                      Electric Inc.


DATED: March ___, 2012                _____
                                      WAYNE R. JOHNSON, ESQ.
                                      Attorney for Claimants ALEX'S AUTO
                                      REPAIR & ELECTRIC INC. and ATEF
                                      ABDELMALAK, as Sole Shareholder of
                                      Alex's Auto Repair & Electric Inc.

DATED: March ___, 2012                _____
                                      Claimant STAN BOYETT & SON INC. dba
                                      BOYETT PETROLEUM

DATED: March ___, 2012

                                                BONNIE J. ANDERSON
Attorney for Claimants
STAN BOYETT & SON INC. dba
BOYETT PETROLEUM

# APPENDIX A

## WIRING INSTRUCTIONS FOR BOYETT PETROLEUM

| | |
|---|---|
| *Bank* **Information:** | Bank of the West |
| | 1401 Oakdale Road |
| | Modesto, CA 95256 |
| **Routing No.:** | 121100782 |
| **Account No.:** | 387012156 |
| **Name on account**: | Stan Boyett & Son, Inc. |
| | dba Boyett Petroleum |
| | 601 McHenry Avenue |
| | Modesto, CA 95350 |

## APPENDIX B

## WIRING INSTRUCTIONS FOR ALEX'S AUTO

| | |
|---|---|
| *Bank* **Information:** | Citibank, N.A. |
| | Attention: Julian Mangine |
| | 81 Pier Avenue |
| | Hermosa Beach, CA  90254 |
| **ABA Routing No.:** | 322271724 |
| **Account No.:** | 203645189 |
| **Name on account**: | WAYNE R. JOHNSON & ASSOCIATES, PLC |
| **F/B/O:** | Alex's Auto Repair & Electric, Inc. |